IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Counter-Defendant, | |
| v. | Civil Action No. 3:25-CV-01001-L |
| PANHANDLE EASTERN PIPE LINE COMPANY, LP, | |
| Defendant/Counterclaimant. | |

**JOINT MOTION FOR EXTENSION OF DEADLINE
TO EXCHANGE RULE 26(a)(1) INITIAL DISCLOSURES**

The United States and Panhandle Eastern Pipe Line Company, LP (the "Parties") respectfully move for an extension of time to exchange the required initial disclosures under to Federal Rule of Civil Procedure 26(a)(1). Under the Scheduling Order, the Parties' Rule 26(a)(1) initial disclosures are due no later than November 5, 2025.[1] The Parties request a four-week extension to December 3, 2025. Similarly, the parties have a joint settlement status report due no later than November 10, 2025. The Parties request a four-week extension of that deadline, to December 8, 2025.

There is good cause for an extension of these deadlines. The Parties continue to diligently engage in settlement negotiations, but need additional time to continue their discussions. Among other things, the lapse in Congressional appropriations has disrupted operations within the federal agencies involved in this litigation. The requested extensions will enable further progress toward

---

[1] The Scheduling Order provides that the Court "approves all agreements, if any, made between the parties regarding discovery as set forth in the joint status report or discovery plan, filed August 8, 2025, unless such agreements are in conflict with this order." Scheduling Order at 4 (ECF No. 18). The Parties' Joint Status Report and Proposed Discovery Plan provided for a November 5, 2025 deadline to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1).

an early resolution of this case. Moreover, these modest extensions will not prejudice the case schedule because they will not impact the close of discovery deadline, which is not until August 3, 2026.

The Parties respectfully request that the Court grant this motion and extend the deadline to exchange Rule 26(a)(1) initial disclosures to December 3, 2025 and the joint settlement status report to December 8, 2025.

                                                Respectfully submitted,

                                                */s/ George M. Kryder*

| | |
|---|---|
| Vince Murchison | George M. Kryder |
|   Texas Bar No. 14682500 |   Texas Bar No. 11742900 |
|   Vince.Murchison@pipelinelegal.com |   gkryder@velaw.com |
| Haley O'Neill | VINSON & ELKINS LLP |
|   Texas Bar No. 24095105 | 2001 Ross Avenue |
|   haley.oneill@pipelinelegal.com | Dallas, Texas 75201 |
| MURCHISON O'NEILL, PLLC | Telephone: (214) 220-7719 |
| 325 North Saint Paul Street, Suite 2700 | Facsimile: (214) 999-7719 |
| Dallas, Texas 75201 | |
| Telephone: (214) 716-1923 | William S. Scherman (admitted *pro hac vice*) |
| Facsimile: (844) 930-0089 |   D.C. Bar No. 384860 |
| |   wscherman@velaw.com |
| | Jason J. Fleischer (admitted *pro hac vice*) |
| |   D.C. Bar No. 978810 |
| |   jfleischer@velaw.com |
| | VINSON & ELKINS LLP |
| | 2200 Pennsylvania Avenue NW |
| | Suite 500 West |
| | Washington, D.C. 20037 |
| | Telephone: (202) 639-6550 |
| | Facsimile: (202) 639-6604 |

                           *Attorneys for Panhandle Eastern Pipe Line Company, LP*

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*/s/ Saurabh Sharad*
Saurabh Sharad
New York Bar No. 5363825
Brian W. Stoltz
Texas Bar No. 24060668
Assistant United States Attorneys
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8807
saurabh.sharad@usdoj.gov
brian.stoltz@usdoj.gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

      I certify that on October 30, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                                                    */s/ George M. Kryder*
                                                    George M. Kryder