# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-1001-L** |
| | § | |
| **PANHANDLE EASTERN PIPELINE COMPANY, LP,** | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

## ORDER

Before the court is the parties' Joint Motion for Extension of Deadline to Exchange Rule 26(a)(1) Initial Disclosures ("Motion") (Doc. 21), filed October 30, 2025. The court determines that the Motion should be, and is hereby, **granted** as herein set forth. Accordingly, the deadline for the parties to submit their respective initial disclosures under Federal Rule of Civil Procedure 26(a)(1) is **December 3, 2025**; and the deadline for the parties to file a joint settlement status report is **December 8, 2025**. *No further extensions will be granted*.

**It is so ordered** this 31st day of October, 2025.

Sam A. Lindsay
United States District Judge

Order - Solo Page