IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Counter-Defendant, | |
| v. | Civil Action No. 3:25-CV-01001-L |
| PANHANDLE EASTERN PIPE LINE COMPANY, LP, | |
| Defendant/Counterclaimant. | |

## JOINT STATUS REPORT ON SETTLEMENT EFFORTS

Pursuant to this Court's Scheduling Order (ECF 18),[1] the United States and Panhandle Eastern Pipe Line Company, LP (the "Parties") respectfully submit this Joint Settlement Status Report on Settlement Efforts.

The Parties inform the Court that settlement negotiations remain ongoing. Specifically, the parties have discussed settlement via teleconference several times, including most recently the week of December 1, 2025. The Parties have also exchanged several letters detailing their respective positions and providing additional information to aid in the settlement process.

Although the Parties have made significant progress, the Parties are still actively discussing settlement and have not yet to come to a final agreement. The Parties remain hopeful, however, that with additional time, they will reach a mutually agreeable disposition for an early resolution of this case.

---

[1] The Court granted the parties an extension to submit the Joint Status Report to December 8, 2025. *See* ECF 22.

Dated: December 8, 2025

                                    Respectfully submitted,

                                    */s/ George M. Kryder*

| | |
|---|---|
| Vince Murchison | George M. Kryder |
|   Texas Bar No. 14682500 |   Texas Bar No. 11742900 |
|   Vince.Murchison@pipelinelegal.com |   gkryder@velaw.com |
| Haley O'Neill | VINSON & ELKINS LLP |
|   Texas Bar No. 24095105 | 2001 Ross Avenue |
|   haley.oneill@pipelinelegal.com | Dallas, Texas 75201 |
| MURCHISON O'NEILL, PLLC | Telephone: (214) 220-7719 |
| 325 North Saint Paul Street, Suite 2700 | Facsimile: (214) 999-7719 |
| Dallas, Texas 75201 | |
| Telephone: (214) 716-1923 | William S. Scherman (admitted *pro hac vice*) |
| Facsimile: (844) 930-0089 |   D.C. Bar No. 384860 |
| |   wscherman@velaw.com |
| | Jason J. Fleischer (admitted *pro hac vice*) |
| |   D.C. Bar No. 978810 |
| |   jfleischer@velaw.com |
| | VINSON & ELKINS LLP |
| | 2200 Pennsylvania Avenue NW |
| | Suite 500 West |
| | Washington, D.C. 20037 |
| | Telephone: (202) 639-6550 |
| | Facsimile: (202) 639-6604 |

*Attorneys for Panhandle Eastern Pipe Line Company, LP*

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Saurabh Sharad*
Saurabh Sharad
New York Bar No. 5363825
Brian W. Stoltz
Texas Bar No. 24060668
Assistant United States Attorneys
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8807
saurabh.sharad@usdoj.gov
brian.stoltz@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

  I certify that on December 8, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                */s/ George M. Kryder*
                George M. Kryder