IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>PANHANDLE EASTERN PIPE LINE COMPANY, LP,<br><br>    Defendant/Counterclaimant. | Civil Action No. 3:25-CV-01001-L |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree and stipulate that this action is dismissed with prejudice as to all claims, counterclaims, and causes of actions asserted by the parties.  Each party will bear its own costs, expenses, and fees.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ *Saurabh Sharad*
Saurabh Sharad
New York Bar No. 5363825
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8807
saurabh.sharad@usdoj.gov

Attorneys for the United States of America

|  |  |
|---|---|
|  | */s/ George M. Kryder* |
| Vince Murchison | George M. Kryder |
|   Texas Bar No. 14682500 |   Texas Bar No. 11742900 |
|   Vince.Murchison@pipelinelegal.com |   gkryder@velaw.com |
| Haley O'Neill | VINSON & ELKINS LLP |
|   Texas Bar No. 24095105 | 2001 Ross Avenue |
|   haley.oneill@pipelinelegal.com | Dallas, Texas 75201 |
| MURCHISON O'NEILL, PLLC | Telephone: (214) 220-7719 |
| 325 North Saint Paul Street, Suite 2700 | Facsimile: (214) 999-7719 |
| Dallas, Texas 75201 |  |
| Telephone: (214) 716-1923 | William S. Scherman (admitted *pro hac vice*) |
| Facsimile: (844) 930-0089 |   D.C. Bar No. 384860 |
|  |   wscherman@velaw.com |
|  | Jason J. Fleischer (admitted *pro hac vice*) |
|  |   D.C. Bar No. 978810 |
|  |   jfleischer@velaw.com |
|  | VINSON & ELKINS LLP |
|  | 2200 Pennsylvania Avenue NW |
|  | Suite 500 West |
|  | Washington, D.C. 20037 |
|  | Telephone: (202) 639-6550 |
|  | Facsimile: (202) 639-6604 |

*Attorneys for Panhandle Eastern Pipe Line Company, LP*

## CERTIFICATE OF SERVICE

On January 12, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

*/s/ Saurabh Sharad*
Saurabh Sharad
Assistant United States Attorney
